1  JEFFREY J. ZUBER (SBN 220830)                                    JS-6
      *jzuber@ztllp.com*
2  **ZUBER & TAILLIEU LLP**
   10866 Wilshire Boulevard, Suite 300
3  Los Angeles, California  90024
   Telephone: (310) 807-9700
4  Facsimile: (310) 807-9701

5  Attorneys for Plaintiffs The Hettema Group and Phil Hettema

6

7                    **UNITED STATES DISTRICT COURT**

8       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

9

10 | THE HETTEMA GROUP, a California | CASE NO. CV08-07450 VBF |
   | corporation,; and PHIL HETTEMA, an |
11 | individual, | Honorable Valerie Baker Fairbank |

12 |                Plaintiff, | **ORDER RE: DISMISSAL OF PLAINTIFFS' COMPLAINT AND CROSS-COMPLAINTS' COUNTER-CLAIM** |

13 |        v. |

14 | LARSON THEMED |
   | CONSTRUCTION, INC. a/k/a |
15 | LARSON-USA, an Ohio corporation; |
   | BILL SHEHAN, JR. a/k/a BILL |
16 | SHEHAN, an individual, and EX |
   | NIHILO COMPANY, LIMITED, a |
17 | Dubai corporation, |

18 |                Defendants. | Discovery Cutoff: January 31, 2010 |

19 | AND RELATED COUNTER-CLAIMS | Motion Cutoff: March 29, 2010 |

20 |  | Trial Date:            June 1, 2010 |

21

22

23

24

25

26

27

28

1189-1005 / 117182.1

[PROPOSED] ORDER RE: DISMISSAL OF PLAINTIFFS' COMPLAINT AND CROSS-COMPLAINTS'
COUNTER-CLAIM

1    The Court, having reviewed the Stipulation of Dismissal of Plaintiffs'

2 Complaint and Cross-Claimants' Counter-Claim wherein the parties stipulated that

3 the claims against every and all parties, Plaintiffs/Cross-Defendants, The Hettema

4 Group, a California corporation, and Phil Hettema, an individual (collectively

5 "Plaintiffs") and Defendants/Cross-Claimants Larson Themed Construction, Inc.

6 a/k/a Larson-USA and Bill Shehan, Jr. aka Bill Shehan (collectively "Defendants")

7 in this matter and finding good cause, the following is hereby ordered:

8    1.    The Complaint filed by Plaintiffs shall be hereby dismissed, with

9 prejudice, as to Defendants, and each of them, pursuant to FRCP 41(a)(1)(A)(ii).

10   2.    The Counter-Claim filed by Defendants shall be hereby dismissed, with

11 prejudice, as to Plaintiffs pursuant to FRCP 41(a)(1)(A)(ii) and 41(c).

12   3.    All parties are responsible for their respective attorney's fees and costs

13 incurred herein.

14   IT IS SO ORDERED.

15

16 Dated: March 16, 2010

17

18

19

20   Valerie Baker Fairbank
     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28